Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

_Western_ District of _Louisiana_

_Shreveport_ Division

Shadee Raheem Bell

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Catcus Wellhead LLC

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 5:23-cv-00235
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

RECEIVED
FEB 22 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shadee Bell |
| Street Address | 1403 Anita Street |
| City and County | Bossier City |
| State and Zip Code | Louisiana, 71112 |
| Telephone Number | (318)-638-2649 |
| E-mail Address | shadeebell@yahoo.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Catcus Wellhead LLC
- Job or Title (if known):
- Street Address: 920 Memorial CityWay Suite 300
- City and County: Houston
- State and Zip Code: Texas, 77024
- Telephone Number: (713) 626-8800
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: -
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: -
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number: -
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Cactus Wellhead LLC |
| Street Address | 4117 Meadow Ln. |
| City and County | Bossier City |
| State and Zip Code | Louisiana, 71111 |
| Telephone Number | (318) 752-1616 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [✔] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [✔] Other federal law *(specify the federal law)*:
    Family and Medical Leave Act of 1993, as codified, 29 U.S.C Ch.28

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) _____

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race — Black
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☒ national origin — African American
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)
March 30, 2020

B. The Equal Employment Opportunity Commission (check one):

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on (date) 11/29/2022 .

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/22/23

Signature of Plaintiff: *S. Bell*
Printed Name of Plaintiff: Shadee Raheem Bell

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

III. Statement of Claim:

This United States District Court has jurisdiction over this civil action because the plaintiffs' claims arise under federal law, the Family Leave Act of 1993, as codified,29 USC Ch.28 and Title VII of the Civil Right Act of 1964, as codified,42 U.S.C 2000e to 2000e-17. Plaintiff Shadee Raheem Bell or plaintiff appears before court seeking economic damages which includes back pay and front pay for lost wages and lost benefits caused by the retaliatory conduct. Plaintiff Shadee Raheem Bell also is seeking non-economic emotional damages from not being able to find work even through job search attempts, facing eviction and behind on bills with the cost of living increasing which have taken a damaging toll on life and activities. Plaintiff also suffers from anxiety, insomnia, embarrassment and fear which makes day to day operations very difficult to complete. "Jury Trial Demanded", Plaintiff Shadee Raheem Bell is seeking trial by jury.

 1. Defendant Cactus Wellhead LLC or defendant retaliated against plaintiff Shadee Raheem Bell for reporting discrimination on Feb 24,2020 to Human Resources at Headquarters in Houston, Tx.

 2. Defendant Cactus Wellhead LLC terminated Plaintiff Shadee Raheem Bell April 1,2020 while he was on FMLA caring for his son with sickle cell amenia.

 3. Defendant Cactus Wellhead LLC failed to promote Plaintiff Shadee Bell after self-appraisal-evaluation, valve specialist II test, Wellhead Assembly II test, and taking on additional skills by mentoring new hires and cross training. (5-21-18 -4/-1-22)

 4. Defendant Cactus Wellhead LLC gave African American Plaintiff Shadee Raheem Bell unequal terms and conditions of employment than white and Mexican coworkers with the same job title with less skill and tenure. White and Mexican coworkers stated that they didn't require a self-performance appraisal form to get promoted. The plaintiff took on additional skills and achieved valve specialist II and wellhead assembly II while having more skill and tenure than white and Mexican coworkers that didn't get terminated. (5-21-18 -4/-1-22)

E. FACTS Of CASE

1. United States Airforce veteren Shadee Raheem Bell was hired by Defendant Cactus Wellhead LLC as assembly tech I at a payrate of seventeen dollars an hour on May 21,2018. Please see offer letter dated May,21,2018(Exhibit A).

2. Plaintiff Shadee Raheem Bell started working in valve specialist area May,21,2018 under the supervision of Pedro Anaya and management of Larry Benson.

3. Plaintiff Shadee Raheem Bell was told to take home and complete a self-performance appraisal form on June 12,2019 by Mexican supervisor Pedro Anaya(PJA) and white manager Larry Benson LB to receive a promotion.(Exhibit B).

4. Valve Specialists Supervisor Pedro Anaya falsified plaintiffs self-performance appraisal form by changing ratings at later date.(exhibit B).

5. Manager Larry Benson failed to complete his part of the plaintiff's self-performance appraisal form for promotion on June 12,2019  ( Exhibit B)

6. Supervisor Pedro Anaya(PJA) and manager Larry Benson did not promote the plaintiff after taking on additional skills like mentoring and training multiple new hires through SSE programs that are signed off by the plaintiff.(June 12,2019)

7. Supervisor Pedro Anaya(PJA) and manager Larry Benson did not promote the plaintiff after completing and agreeing to promote after reviewing self performance appraisal form together. (June 12,2019).

8. Plaintiff Shadee Raheem Bell's job knowledge, skills and abilities were ranked four out of five signed by Mexican supervisor PJA Pedro Anaya( Exhibit B).

9. Plaintiff Shadee Raheem Bell worked as Valve Specialist I May 21-2018- August 2,2019 under supervision of Pedro Anaya.

10. Plaintiff Shadee Raheem Bell received FMLA for being primary caregiver for his son with sickle cell amenia type SS. (May 2019)

11. Valve Specialist supervisor Pedro Anaya told plaintiff Shadee Raheem Bell on August 2,2019 via text message that for the rest of year he will cross train to wellhead assembly under the supervision of George Sims on August 5, 2019 (Exhibit C)

12. Pedro Anaya transferred plaintiff to wellhead assembly for 90 days to learn the equipment then return back to valve specialist area. (August 2,2019 (exhibit C)

13. Plaintiff Shadee Raheem Bell started Wellhead Assembly cross training August 5,2019- September 15,2019 under the supervision of George Sims.

14. Plaintiff was told he was being moved from wellhead assembly area to nightshift on September 8, 2019 via txt message to the valve specialist area under the supervision of Mr Chris to increase production on frac valves (Exibit D).

15. September 15,2019 – January 2020 plaintiff Shadee Raheem Bell was a tester, Valve specialist I and a Assmbley tech I floater taking on additional responsibilities under the supervision of Matt partain, Mr Chris and operations manager David Ohl.

16. Plaintiff Shadee Raheem Bell was the only African American employee on both shifts with certified skill through SSE programs to work both Frac Valve specialist and wellhead assembly.5/21/2018-4/1/2020)

17. Plaintiff Shadee Raheem Bell trained multiple new hire night employees in the wellhead assembly area through SSE program.

18. Plaintiff made assembly tech II by passing with a score of 100%. Jan2020

19. Plaintiff made Valve specialist II by passing with a score of 98% Jan 2020

20. Assembly tech II and valve specialists II test were administrated by Tera Foster in Human resources department. (Jan2020)

21. Plaintiff was not granted increase for his successful completion of valve specialist II as promised stated in position statement by HR director dawn smith (Exhibit E

22. Successfully completing Valve Specialist II test is an additional one dollar raise. (Exhibit E)

23. Successfully completing Assembly tech II test is an additional one dollar raise. (Exhibit E)

24. Jan26,2020 Cactus wellhead promoted employees for passing skill tests on Jan 26,2020. Exibit E)

25. The Plaintiff spoke with HR payroll specialist jasmine Pilkington on a recorded line (713) 396-5747 on Feb24,2020.

26. Plaintiff reports discrimination to Human resources payroll specialist Jasmine Pilkington feb 24 2020

27. Payroll specialist Jasmine Pilkington informed plaintiff he had been skipped in 2 companywide raises. Feb 24,2020

28. Payroll specialist Jasmine Pilkington told the plaintiff "we are black and you know we have to fight for our pay raises" on a recorded line on feb 24,2020

29. Jan 31,2020 plaintiff payrate was 18.00 hr. (exhibit F)

30. Plaintiff payrate feb 14,2020 is 18.00 hr (exhibit G)

31. Plaintiff payrate feb 28,2020 18.00 hr (exixbit H)

32. Plaintiff payrate march 13,2020 payrate 18.00 hr (exhibit I)

33. Plaintiff was sick march 24,2020 and was told to stay home and do not come to work. (Exhibit J)

34. Defendant sent newsletter if you are sick, they will pay 8 hours/day for each regularly scheduled workday the employee misses up to 14 days. This will not count against your PTO bank (exhibit k)

35. Plaintiff was told when he gets back his hours would be reduced and to come at a later time 7pm  march 24,2020 by wellhead assembly supervisor Matt partain (exibit J)

36. March 24,2020 plaintiff was out on FMLA caring for son in sickle cell crisis. (exhibit L)

37. Defendant said "plaintiff was out of work due to taking care of personal issues" on march 31,2020 in eeoc position statement sep 1,2020 (exibit M)

38. Plaintiff was out on FMLA and was told to stay home due to him being sick as well(march 31,2020)

39. Plaintiff was terminated on April 1st 2020 for business needs (exhibit N)

40. Plaintiff was terminated for less skill abilities and tenure than other assembly tech II (exhibit O)

41. Plaintiff had more skill abilities and tenure than the other assembly tech II

42. Plaintiff was the only assembly tech II that was also a valve specialist II and mentor.

43. All assembly tech II made assembly tech II the same day and same time.

44. Plaintiff was on FMLA at the time of termination

45. April 1 2020 defendant cactus wellhead llc chose 31 of 44 combined positions of frac specialist and wellhead assembly to keep hired.

46. Plaintiff was the only employee out the 31 positions kept that was qualified and certified wellhead assembly II and valve specialist II, tester ,and flexible in anyshift.

47. Plaintiff was moved to nights to train new hires on wellhead assembly and return back to valve specialist as promised.

48. Defendant told plaintiffs coworkers to tell him not to come to work

49. Plaintif learned about his termination through coworkers and layoff list going around via phone recordings.

50. Plaintiffs pay as of April 1,2020 was 18.62 (exhibit p)

51. Defendant said on eeoc position statement plaintiff payrate was 19.00 hr as of April 1st 2020.

52. Plaintiff had zero disciplinary writeups /action from wellhead assembly to valve specialist. May 21, 2018-April 1, 2020.

V. Relief

Plaintiff Shadee Raheem Bell or plaintiff appears before court seeking economic damages which includes back pay and front pay for lost wages , lost benefits, and court cost and fees caused by the retaliatory conduct at pre and post judgment interest rates at a total of $250,000. Plaintiff Shadee Raheem Bell also is seeking non-economic damages at a total of $75,000 which he still suffer mentally from anxiety, insomnia, embarrassment ,and fear which takes a damaging toll on his life and daily activities.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New Orleans Field Office
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 11/29/2022

To: Mr. Shadee R. Bell
1403 Anita St
BOSSIER CITY, LA 71112
Charge No: 461-2020-01387

EEOC Representative and email:   Wayne Morgan
Federal Investigator
wayne.morgan@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 461-2020-01387.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
11/29/2022

Rayford O. Irvin
District Director